

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS

HOWARD M. MILLER
Direct: 516-267-6318
hmiller@bsk.com

November 3, 2009

**VIA ELECTRONIC FILING & FIRST CLASS MAIL**

Hon. Leonard D. Wexler
United States District Court, E.D.N.Y.
944 Federal Plaza
Central Islip, New York 11722

Re:  *Sherry Hines v. Village of Hempstead Police Department*, 08-cv-5236 (LDW)(AKT)

Dear Judge Wexler:

The Court has previously given the Defendant permission to file a motion to dismiss the complaint. The parties have agreed on the following briefing schedule:

- Defendant shall serve its motion on or before November 20, 2009
- Plaintiff will serve opposition papers on or before December 22, 2009
- Defendant shall submit reply papers, if any, on or before January 15, 2010

Thank you for your attention.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Howard M. Miller

cc:   Thomas Ricotta, Esq. (via ECF)